1 | Jeffrey M. Lenkov (State Bar No. 156478)
  | *jml@manningllp.com*
2 | **MANNING & KASS**
  | **ELLROD, RAMIREZ, TRESTER LLP**
3 | 801 S. Figueroa St, 15th Floor
  | Los Angeles, California 90017-3012
4 | Telephone: (213) 624-6900
  | Facsimile: (213) 624-6999
5 |
6 | Attorneys for Defendant, GMRI, INC. dba THE OLIVE GARDEN
  | [Doe 1, also erroneously sued herein as Darden Restaurants, Inc.]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JUDITH INGRESSO, | Case No. |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT GMRI, INC. dba THE OLIVE GARDEN'S, CERTIFICATION AS TO INTERESTED PARTIES** |
| OLIVE GARDEN, a business entity, form unknown; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 to 25, Inclusive, | |
| Defendants. | |

Pursuant to Local Rule 7.1-1, the undersigned, one of the counsel of record for Defendant GMRI, INC. dba THE OLIVE GARDEN, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

JUDITH INGRESSO (Plaintiff)

GMRI, INC. dba THE OLIVE GARDEN (Defendant)

///

///

///

---

1

**CERTIFICATION AS TO INTERESTED PARTIES**

Case No.

| | |
|---|---|
| 1  DATED: June ___, 2017 | **MANNING & KASS** |
| 2 | **ELLROD, RAMIREZ, TRESTER LLP** |
| 3 | |
| 4 | By: _____ |
| 5 | Jeffrey M. Lenkov, Esq. |
| 6 | Attorneys for Defendant, GMRI, INC. dba THE OLIVE GARDEN [Doe 1, also erroneously sued herein as Darden Restaurants, Inc.] |

2

CERTIFICATION AS TO INTERESTED PARTIES

Case No.