JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUDITH INGRESSO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OLIVE GARDEN, a business entity, form unknown; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 to 25, Inclusive,<br><br>　　　　Defendant. | **Case No. CV 17-4093-GW(SSx)**<br>*[Hon. George H. Wu, Dept. 9D]*<br><br>**ORDER ON STIPULATION TO DISMISS**<br><br><br>Action Filed:　April 5, 2017 |

　　　Pursuant to the jointly submitted Stipulation of Dismissal of the parties, the Court hereby dismisses the case pursuant to Federal Rule of Civil Procedure 41(a)(1).

　　　IT IS SO ORDERED.

Dated: June 21, 2018

　　　　　　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU, U.S. District Judge

1　　　　　　　　　　　　　　　　　Case No. CV 17-4093-GW(SSx)
**[PROPOSED] ORDER ON STIPULATION TO DISMISS**